| | |
|---|---|
| 1 | LINDA FULLERTON (83444) |
| 2 | PAUL FEUERWERKER (203616) |
|   | 54 Railroad Ave. |
| 3 | Pt. Richmond, Ca. 94801 |
|   | 510-232-4000 |
| 4 | 510-237-2898 |
| 5 | Counsel for Defendant |
|   | DAVID DWAYNE GODFREY |

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. CR 08-00812 CW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.10(b)(1) (AS AMENDED BY 750, PARTS A & C)** |
| vs. | |
| DAVID DWAYNE GODFREY, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1. The defendant is making an unopposed motion for a modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2. Defendant's original guideline calculation was as follows:

   Total Offense Level: 21

   Criminal History Category: V

   Guideline Range: 70-87 months

   Mandatory Minimum: 60 months

3. Defendant was sentenced to 70 months imprisonment on April 29th, 2009.

4. Effective November 1st, 2011, defendant is eligible for a modification of his sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 750, Parts A and

-1-

| | | |
|---|---|---|
|1| |C, of the United States Sentencing Guidelines Manual.|
|2|5.|Defendant's revised guideline calculation is as follows:|
|3| |Total Offense Level: 19|
|4| |Criminal History Category: V|
|5| |Guideline Range: 57-71|
|6|6.|The parties have no reason to dispute the Reduction of Sentence Report submitted to the|
|7| |Court by the probation office.|
|8|7.|Based upon the foregoing, the parties hereby stipulate that the Court may enter an order|
|9| |reducing defendant's sentence to 60 months.|
|10|8.|The parties further stipulate that all other aspects of the original judgment order including|
|11| |the length of term of supervised release, all conditions of supervision, fines, restitution, and|
|12| |special assessment remain as previously imposed.|
|13|9.|Defendant stipulates that he waives and does not request a hearing in this matter pursuant to|
|14| |Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2); United States v. Booker, 543 U.S. 220 (2005)|
|15| |and Kimbrough v. United States, 128 S.Ct. 558 (2007).|
|16|10.|Defendant waives his right to appeal the district court's sentence.|
|17|11.|Accordingly, the parties agree that an amended judgment may be entered by the Court in|
|18| |accordance with this stipulation pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1),|
|19| |Amendment 750, Parts A and C, of the Sentencing Commission Guidelines Manual. The|
|20| |parties agree that a proposed amended judgment will be submitted to the Court by the|
|21| |probation office, along with the Sentencing Reduction Investigation Report.|

| | |
|---|---|
| 1 | IT IS SO STIPULATED: |
| 2 | /s/ |
| 3 | Date: 1/9/12 |
| 4 | LINDA FULLERTON<br>Attorney for David Dwayne Godfrey |
| 5 | /s/ |
| 6 | J. DOUGLAS WILSON |
| 7 | Assistant United States Attorney |

[~~PROPOSED~~] ORDER

Upon consideration of the stipulation submitted by the parties, it is hereby ORDERED that the defendant's sentence is reduced to 60 month; and it is further ORDERED that all original conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

Date: 1/11/2012

_____
United States District Judge